HANNAH NIRDLINGER et al., Plaintiffs, *v.* MEYER A. BERNHEIMER et al., Executors of ISAAC BERNHEIMER, Deceased, et al., Respondents. AUGUSTA NIRDLINGER et al., Appellants.

*Nirdlinger* v. *Bernheimer*, 90 Hun, 290, affirmed.
(Argued April 21, 1897; decided May 11, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered November 25, 1895, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*James Breck Perkins* and *L. M. Ninde* for appellants.

*George H. Yeaman* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.

---

HERBERT BEATTIE, as Executor of WILLIAM BEATTIE, Deceased, Respondent, *v.* HENRY C. BEATTIE et al., as Administrators of JANE BEATTIE, Deceased, Appellants.

*Beattie* v. *Beattie*, 83 Hun, 295, affirmed.
(Submitted April 22, 1897; decided May 11, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered January 3, 1895, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Wynkoop & Rice* for appellants.

*J. H. Metcalf* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.